UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



**FILED**
MAR 26 2007
CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 06-M32 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| TRUNG QUOC TRAN, | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

According to the report dated January 19, 2007, Mr. Tran suffers from a mental disorder which substantially impairs his ability to assist counsel in his defense. The Court has received no further information as to whether there has been any change in his delusional thinking.

What is the resolution of this case going to be? Accordingly,

IT IS ORDERED:

1. That counsel shall advise the Court within ten (10) working days of the date of this Order how they wish to proceed.

Dated this 26th day of March, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, Clerk

By Shelly Margulies
Deputy